

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Leon Eugene Miller<br>DEFENDANT(S). | CASE NUMBER<br>ED MJ- 12- 00111<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _April 13_, _2012_, at _10:00_ ☒a.m. / ☐p.m. before the Honorable OSWALD PARADA, in Courtroom _3_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _04-12-12_   _____
U.S. District Judge/Magistrate Judge